ACCEPTED
03-16-00070-CV
10931800
THIRD COURT OF APPEALS
AUSTIN, TEXAS
6/2/2016 9:41:45 AM
JEFFREY D. KYLE
CLERK

# No. 03-16-00070-CV

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
6/2/2016 9:41:45 AM
JEFFREY D. KYLE
Clerk

In the Third Court of Appeals
Austin, Texas

TEXAS HORSEMEN'S PARTNERSHIP, LLP,

Plaintiff/Appellee,

v.

GLENN HEGAR, IN HIS OFFICIAL CAPACITY AS THE TEXAS COMPTROLLER OF
PUBLIC ACCOUNTS, AND THE STATE OF TEXAS,

Defendants/Appellants.

# Motion to Remand, or in the Alternative, to Dismiss for Lack of Jurisdiction

TO THE HONORABLE JUSTICES OF THE THIRD COURT OF APPEALS:

Pursuant to Texas Rule of Appellate Procedure 10, Plaintiff/Appellee Texas Horsemen's Partnership, LLP (the "Horsemen's Partnership") respectfully files this Motion to Remand, or in the Alternative, to Dismiss for Lack of Jurisdiction.

On June 1, 2016, the Horsemen's Partnership filed a Notice of Nonsuit Without Prejudice in the trial court, nonsuiting all claims against Defendants/Appellants Glenn Hegar, in his official capacity as the Texas

1

Gardere01 - 8745155v.1

Comptroller of Public Accounts, and the State of Texas. A True and Correct Copy of the Notice of Nonsuit is attached hereto as **Exhibit A**. The Horsemen's Partnership's Notice of Nonsuit became effective immediately when it was filed and it completely extinguished the underlying case or controversy between the parties. *See, e.g., University of Tex. Med. Branch at Galveston v. Estate of Blackmon*, 195 S.W.3d 98, 100 (Tex. 2006). Accordingly, this Court lacks jurisdiction over this interlocutory appeal. *Id.* at 99-101.

Because there is no longer a justiciable controversy between the parties, the Horsemen's Partnership respectfully requests that the Court remand this case to the trial court so that the trial court can perform the ministerial duty of entering an order dismissing the case. Alternatively, the Horsemen's Partnership respectfully requests that the Court dismiss this interlocutory appeal for lack of jurisdiction.

Respectfully submitted,

**GARDERE WYNNE SEWELL LLP**

By: */s/ David G. Cabrales*
David G. Cabrales
Texas Bar No. 00787179
dcabrales@gardere.com
Lucas C. Wohlford
Texas Bar No. 24070871
lwohlford@gardere.com
Calli A. Turner
Texas Bar No. 24088558

2

cturner@gardere.com
**Gardere Wynne Sewell LLP**
3000 Thanksgiving Tower
1601 Elm Street
Dallas, Texas 75201
Telephone: (214) 999-3000
Facsimile: (214) 999-4667

**ATTORNEYS FOR
PLAINTIFF/APPELLEE
TEXAS HORSEMEN'S
PARTNERSHIP, LLP**

## CERTIFICATE OF SERVICE

By my signature below, I hereby certify that a true and correct copy of the above and foregoing was served on all counsel of record via the Court's electronic filing system on June 1, 2016 and again on June 2, 2016.

*/s/ David G. Cabrales*
David G. Cabrales

3

Gardere01 - 8745155v.1

## CERTIFICATE OF CONFERENCE

Pursuant to Texas Rule of Appellate Procedure 10.1(a)(5), I certify that on June 1, 2016, I attempted to confer with counsel for Defendants/Appellants regarding the merits of this Motion and whether Defendants/Appellants oppose the Motion. Counsel for Defendants/Appellants informed me via voicemail that they are opposed to Plaintiff/Appellee's request for remand but are unopposed to Plaintiff/Appellee's request to dismiss this appeal.

/s/ Lucas C. Wohlford
Lucas C. Wohlford

4

# EXHIBIT A

6/1/2016 4:11:22 PM
Velva L. Price
District Clerk
Travis County
D-1-GN-16-000078
Bari Henson

NO. D-1-GN-16-000078

| | | |
|---|---|---|
| TEXAS HORSEMEN'S PARTNERSHIP, LLP | § | IN THE DISTRICT COURT OF |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | TRAVIS COUNTY, TEXAS |
| | § | |
| GLENN HEGAR, in his official capacity as | § | |
| Texas Comptroller of Public Accounts; STATE | § | |
| OF TEXAS | § | 250TH JUDICIAL DISTRICT |
| | § | |
| Defendants. | § | |
| | § | |
| | § | |

## NOTICE OF NONSUIT WITHOUT PREJUDICE

COMES NOW the Texas Horsemen's Partnership, LLP, plaintiff in the above styled and numbered cause, and respectfully files this Notice of Nonsuit Without Prejudice. Pursuant to Texas Rule of Civil Procedure 162, Plaintiff hereby gives notice that it is taking a nonsuit of its entire case against Defendants Glenn Hegar, in his official capacity as Texas Comptroller of Public Accounts, and the State of Texas. This nonsuit is without prejudice to refiling, and is effective immediately on the filing of this notice on this date.

DATED:      May 31, 2016

                                    Respectfully submitted,

                                    **GARDERE WYNNE SEWELL LLP**

                                    By:    */s/ David G. Cabrales*
                                           David G. Cabrales
                                           Texas Bar No. 00787179
                                           dcabrales@gardere.com
                                           Lucas C. Wohlford

NOTICE OF NONSUIT WITHOUT PREJUDICE                                    Page 1

Texas Bar No. 24070871
lwohlford@gardere.com
Calli A. Turner
Texas Bar. No. 24088558
cturner@gardere.com
**Gardere Wynne Sewell LLP**
3000 Thanksgiving Tower
1601 Elm Street
Dallas, Texas 75201
Telephone: (214) 999-3000
Facsimile: (214) 999-4667

**ATTORNEYS FOR PLAINTIFF THE
TEXAS HORSEMEN'S PARTNERSHIP,
LLP**

## CERTIFICATE OF SERVICE

By my signature below, I hereby certify that a true and correct copy of the foregoing was served to all counsel of record in accordance with the Texas Rules of Civil Procedure on this the 31st day of May, 2016.

*/s/ David G. Cabrales*
David G. Cabrales

Gardere01 - 8745149v.1